UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In re:                                    Case No. **10-72683**
                                          (Chapter 7)
**SONYA JOHNSON HUGHES**

Debtor(s).

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the Court.

2. The Trustee has attached a separate sheet indicating the name, address and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: May 10, 2011                    /S/ GEORGE I. VOGEL, II
                                      George I. Vogel, II, Trustee
                                      P. O. Box 18188
                                      Roanoke, Virginia 24014
                                      540-982-1220

Printed: 05/10/11 09:56 AM

# Claims Distribution Small Checks

Trustee: George I. Vogel, II (660160)

Page: 1

Case: 10-72683 - HUGHES, SONYA JOHNSON

| Account No. | Check No. | Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | | | | | | |
| 920028987859966 | 114 | 05/10/11 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | | $10.49 |
| | 1 | 12/15/10 | 610 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>P. O. Box 3326<br>Englewood, CO 80155-3326 | | | 75.37 | 75.37 | 4.43 | 4.43 |
| | 8 | 01/20/11 | 610 | Danville Orthopedic Clinic<br>C/O Piedmont Credit & Collection Srvs.<br>PO Box 1596<br>Danville, VA 24543 | | | 28.02 | 28.02 | 1.65 | 1.65 |
| | 12 | 02/14/11 | 610 | Danville Regional Medical Center<br>142 S. Main Street<br>Danville, VA 24541 | | | 75.00 | 75.00 | 4.41 | 4.41 |

(*) Denotes objection to Amount Filed